IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISON

| | | |
|---|---|---|
| FASCIA EDWARDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 12 CV 00371 |
| v. | ) | Hon. Judge Aspen |
| | ) | |
| ILLINOIS DEPARTMENT OF FINANCE PROFESSIONAL REGULATIONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTIONS IN LIMINE, PORTIONS OF PRETRIAL MEMORANDUM AND EXHIBITS**

Plaintiff, FASCIA EDWARDS, by and through her attorneys, THE BARCLAY LAW GROUP, P.C., moves this Honorable Court for an extension of time to file her motions in limine, portions of pretrial memorandum and exhibits. In support of which, Plaintiff states the following:

1. The parties' joint pretrial memorandum and motions in limine were due today, March 16, 2017.

2. Plaintiff's counsel had medical emergencies regarding two family members and was unable to finalize submissions by today.

3. Plaintiff's counsel has discussed this matter with Defendant's attorneys and they have no objection to an extension of time.

**WHEREFORE**, Plaintiff FASCIA EDWARDS, moves that this Honorable Court enters an Order granting the following relief:

1) Allowing Plaintiff to have until March 20, 2017 to file her motions in limine, portions of the

pretrial memorandum and exhibits; and

2) Any other relief deemed appropriate.

                    Respectfully Submitted,

                    By: s/Terri Blanchard
                           One of Her Attorneys

Terri Blanchard
**BARCLAY LAW GROUP, P.C.**
111 W. Washington, Suite 1520
Chicago, IL 60602
(312) 553-0123