UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| FASCIA EDWARDS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | 12 C 371 |
| v. | ) | Hon. Marvin E. Aspen |
| ILLINOIS DEPARTMENT OF FINANCE PROFESSIONAL REGULATIONS, et al., | ) | |
| Defendants. | ) | |

**ORDER**

MARVIN E. ASPEN, District Judge:

Presently before us is the Report and Recommendation ("Report") of Magistrate Judge Maria Valdez on Plaintiff's motion to enforce the parties' settlement agreement. (Mot. to Enforce (Dkt. No. 270); Report (Dkt. No. 279).) The Report recommends denying Plaintiff's motion because we lack jurisdiction to hear this matter. (Report at 2–3.) Neither party filed objections to the Report by the deadline. After careful consideration of the Report and the parties' submissions, pursuant to Federal Rule of Civil Procedure 72(b), we hereby adopt the Report. Accordingly, Plaintiff's motion for to enforce the settlement agreement is denied. It is so ordered.

_____
Honorable Marvin E. Aspen
United States District Judge

Dated: May 31, 2019
Chicago, Illinois